IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRENDAN WELCH, and WELCH RACING,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID WRIGHT, et. al.<br><br>Defendants. | 4:23CV3128<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on a "Motion to File Additional Pleadings" (the "Motion") filed by Plaintiff Brendan Welch ("Plaintiff"), Filing No. 47, which this Court construes as seeking leave to supplement his Amended Complaint, Filing No. 42. Plaintiff seeks to add additional claims against several defendants and to update the monetary amount of damages sought. Filing No. 47.

Upon consideration, IT IS THEREFORE ORDERED:

1. The Motion, Filing No. 47, is granted. Plaintiff shall have through and until **December 1, 2025**, to supplement his Amended Complaint. *Plaintiff should be mindful to clearly identify the citizenship of any new party if he intends to proceed via diversity under 28 U.S.C. § 1332, and/or identify the provision allowing this Court to address their claims as a federal question under 28 U.S.C. § 1331, as well as what each Defendant did to him, when Defendant did it, how each Defendant's actions harmed him, and what specific legal rights Plaintiff believes each Defendant violated.* **Further, Plaintiff shall not reallege any prior claims or facts in support which have already been alleged in his Amended Complaint but must specifically relate each new claim and factual allegation in support to each current defendant.**

2. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **December 1, 2025**: check for Supplement

3. The Court shall abstain from conducting an initial review of the Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2) to determine whether summary dismissal is appropriate until after Plaintiff's Supplement is received or the December 1, 2025, deadline has passed.  The Court will then conduct its initial review of the Amended Complaint in its normal course of business.

Dated this 29th day of October, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court