IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRENDAN WELCH, and WELCH RACING,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID WRIGHT, DOUBLE OO SHITSHOW, CHARITY ET SHACK CHICK, EASON L. WRIGHTIII, PAT WRIGHT, GRAHAM HILL, AUSTIN RAY, DONNY ALGIERI, DAVID WESOLOWSKI, JOSH MAGGIO, JOE ARROWSMITH, C.J. HODGES, STEVEN ADAIR, ROB SHEESLEY, GENO PICOZZI, GREG HICKS, DEREK HIATT, JASON HALEY, JAKE LEVI WALLER, COREY STAMPER, DON CAESER, DARRYL LOPEZ, BRIAN CHRISTOPHER, MATT MCGUIRE, CALVIN JOHNSON, JOHN NUGENTJR, JOHN THOMAS PAYTON, LOGAN GOMME, BLAKE JOHNSON, DONNIE SMITH, CODY HARP, JOHN CAMPBELL, JOHN MABONIII, CAMERON LUTTRELL, JIMMY CAHOONIE TERHUNE, TRACY JONES, DAVID SLUSHER, CODEY MAYNARD, ANDREW STATHIS, MATT-WHO VISCIONE, MATTHEW A. VISCIONE, JOE HAMANN, JACOB KAEDING, WADE SPRAYBERRY, HOLDEN FRATTIN, COLT SAUM, EDDIE WHITE, LONNIE SCHULZ, ROBBIE SESZKO, ZAK TAYLOR, BRET SHARP, SHEA JONES, JESSE WARREN, MIKE MERK, JOHN BINKLE, MARCUS WALDER, ROB LENZ, LOGAN PAUL, PAUL LOGAN KENNETH, BRAD WOODRUFF, DEREK TILLERY, DONNIE ALLAN FAULKNER, TED TURLEY, AARON DALLAS, JUSTIN HARRIS, COREY NOLEN, DALTON MARKHAM, SPENCER ALLEN, SCOE SMITH, JOSH GRAHAM, BRIAN WOOD, TIM BURKS, ZOC ABRON, PAUL RIGSBY, PAUL SONGAS, DAVE COOKSON, TIM WALLACE, SHANE | 4:23CV3128<br><br>**MEMORANDUM AND ORDER** |

CUNNINGHAM, JASON SEELEY, KYLE STEWART, JOSHUA KEITH HODGES, BILLY DINEEN, KRISTIN GAGNON, BRANDON BOOHER, MATT WYBIRAL, COREY MORGAN, LORI HOLLINGSWORTH STREMEL, KOLE PRITCHETT, DUSTY BRAZEL, JONATHAN KNAPP, TIM WAYNE, STEVIE DUSTIN, BRIAN SORRELLS, HERB MCCANDLESSJR., BILL MORAN, JANELLE SEELEY, RICH DIBONAVENTURA, KENNY RANDOLPH, REPOSSESSORS, INC., WILLIAM HORVATH, BEAU DREXLER, JOHN LAMENDOLA, PAUL BEDNARIK, JAKE HODGE, SHAWN BLUM, JANICE MERILL JOHNT, BRANDON TAYLOR, DAYNE JORDAN, TIM CHARLET, MIKE ACEVEDO, MEGAN RACINE KELLOGG, LYLE BARNETT, JENA MOREHEAD, COURTNEY ENDERS, JAMIE HESTER, SCOTT STUCKEY, KENDALL GILLESPIE, ROBERT RICHARD, JOEY LITTERINI, WES TARKINGTON, SETH NOBLE, JOEY FIELDER, ROB HARRINGTON, DAVID HEARN, MARK LAMBERT, CODI KIRKSEY, RICK ATCHLEY, WESLEY CLARK, KELLY DELLI SANTI, AARON GOBLE, RYDER FAULKNER, HANNAH GRACE SNIPES, MATT GAIN, JOSEPH BAGWELL, ROBERT JOSEPH MURPHY, NOAH STRICKLAND, BRIANNA STRICKLAND, LUCAS CLARKE, GREG PADGETT, DAVID PASSMOREJR, JIM BOHM, DUSTIN THOMAS WILLIAMS, RICKEY BOWMAN, DENNIS POOLE, ALEX RYAN HARRIS, TRAVIS TOOR, JOSEPH TODARO, TROY ABERCROMBIE, SIMON STEVENS, CODY MIC MAN MILLER, JUSTIN BEY, JOSH DUNCAN, RYAN HILL, CARL JOHN SIWEK, MARTIE JACOBS,  FACEBOOK, META PLATFORMS, MARK ZUCKERBERG, and JENNA MOREHEAD FREEMAN,

Defendants.

2

This matter is before the Court on its own motion. On October 28, 2025, the Court entered an order requiring Plaintiff to update his address based on the return of a Memorandum and Order dated April 24, 2024, *see* Filing No. 48, to this Court as undeliverable. Filing No. 49. While it is unclear why the April 24, 2024, Memorandum and Order, *see* Filing No. 33, was returned over a year later, since the sending of that Memorandum and Order, Plaintiff has updated his address, *see* Filing No. 46. In light of this, Plaintiff need not further update his address and the Clerk's Office is instructed to strike the Memorandum and Order entered October 28, 2025. Filing No. 49.

SO ORDERED.

Dated this 3rd day of November, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court

3