IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRENDAN WELCH, and WELCH RACING,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID WRIGHT, et. al.<br><br>Defendants. | 4:23CV3128<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on a motion filed by Plaintiff Brendan Welch ("Plaintiff") seeking to extend the current December 1, 2025, deadline to file a supplement to his complaint set forth in this Court's October 29, 2025, Memorandum and Order, *see* Filing No. 50, by 60 days, Filing No. 54 at 3. Plaintiff submits that due to his current housing and other personal matters and the length of the documents he must review to prepare his supplement that additional time is needed. *Id.* at 1-3.

Upon consideration, IT IS THEREFORE ORDERED that:

1. Petitioner's Motion, Filing No. 54, is granted. Plaintiff shall have until **January 30, 2026**, to file a supplement to his complaint. If Plaintiff fails to file his supplement or seek additional time to do so by the January 30, 2026, deadline, this Court shall proceed with its initial review of the operative complaint in this matter.

2. The clerk's office is directed to set the following pro se case management deadline: **January 30, 2026**: check for supplement to complaint.

2

Dated this 26th day of November, 2025.

BY THE COURT:

*/s/ Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge