IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRENDAN WELCH, and WELCH RACING, LLC; | **4:23CV3128** |
| Plaintiffs, | |
| vs. | **MEMORANUDM AND ORDER** |
| DAVID WRIGHT, ET. AL., | |
| Defendants. | |

This matter is before the Court on three documents titled "brief" and filed on April 2, 2026, by Plaintiffs. *See* Filing Nos. 67, 68, and 69. Upon review of the April 2 filings it is clear to this Court that Plaintiffs, despite titling the documents briefs, are attempting to further supplement their Amended Complaint. As such, the documents at Filing Nos. 67, 68, and 69 shall be construed as supplements to the Amended Complaint.

However, the supplements were not filed with leave of the Court, as required by this Court's March 17, 2026, Memorandum and Order. Filing No. 66 at 3. Of note, in that Memorandum and Order, Plaintiffs were warned that any further amendments or supplements to their Amended Complaint filed without leave of Court will be stricken and this Court also addressed Plaintiffs' prior failures to comply with orders of this Court as follows:

> [A]lthough this Court explicitly warned Plaintiffs in its Memorandum and Order on February 11, 2026, that the Court will not accept any further faxed or emailed documents they submit for filing in this case, that the Court would take no action on any documents Plaintiffs fax or email to the Court, and that all future filings they make into this case must be made via hand delivery, United States postal mail, or by registering for electronic case filing access, *see* Filing No. 62, Plaintiff Brendan Welch ("Welch") blatantly disregarded this warning. Instead, Welch continued to email the Court, sometimes multiple times per day following the entry of the February 11

Memorandum and Order and admits to doing so in the Motion. *See* Filing No. 64 at 1-2.

Filing No. 66 at 2.

Now, even after having been warned, Plaintiffs continue to ignore the orders of this Court, both by attempting to supplement their Amended Complaint without leave and indicating they plan to supplement/amend their Amended Complaint again. *See, e.g.*, Filing No. 67 at 1 (stating that "Plaintiffs intend to revise the Amended Civil Complaint . . ."). **To the extent Plaintiffs fail to understand, they are again warned that they shall not file any further supplements or amendments to their Amended Complaint without having filed a written motion seeking leave to do so and leave being granted by this Court. <u>Failure to obtain leave shall result in any supplements or amendments being stricken without further consideration.</u>**

To be clear, unless leave is granted to supplement or amend, this Court shall consider **only** the Amended Complaint, Filing No. 42, and the Supplement, Filing No. 65, when performing its initial review pursuant to 28 U.S.C. § 1915(e)(2). Plaintiffs' continual failure to observe the orders of this Court operates to further delay the progression of their case.

IT IS THEREFORE ORDERED:

1.    As no leave has been granted, the supplements at Filing Nos. 67, 68, and 69, shall be stricken, and the Court will not consider them.

2.    The Clerk of Court is instructed to strike the supplements at Filing Nos. 67, 68, and 69, from the record.

2

Dated this 6th day of April, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge